819 F.2d 1137
 Blue Cross and Blue Shield of National Capital Area, Inc.,
Blue Cross and Blue Shield of Virginia, Blue Cross and Blue
Shield of Capital Area, Inc., Capital Area Blue Cross and
Blue Shield, Inc., Blue Cross and Blue Shield of District of
Columbia, Inc., Metropolitan Blue Cross and Blue Shield,
Inc., Six Staples Mill Corp.
v.
Capitalcare, Inc., Access America, Inc.
 NO. 86-2551(L)
 United States Court of Appeals,
Fourth Circuit.
 MAY 20, 1987
 
 1
 Appeal From: E.D.Va.
 
 
 2
 AFFIRMED.